

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.  No. 2:24-cr-00085-JAW

WILLIAM NODDIN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (False Statements During the Purchase of Firearms)

On about December 20, 2023, in the District of Maine, the defendant,

**WILLIAM NODDIN,**

in connection with the acquisition of a firearm, specifically, a Glock 380 caliber pistol bearing serial number AHYZ135, from G3 Firearms located in Turner, Maine, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a G3 Firearms' salesperson. The statement was intended and likely to deceive the salesperson as to a fact material to the lawfulness of the sale of the firearm to the defendant under chapter 44 of Title 18. Specifically, the defendant indicated "No" to question 21(i) of the ATF Form 4473, which asked,

> Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner?

In fact, this statement was false because the defendant was subject to such a court order.

Thus, the defendant violated Title 18, United States Code, Sections 922(a)(6) and

924(a)(2).

## COUNT TWO
### (Possession by a Prohibited Person)

On about December 29, 2023, in the District of Maine, the defendant,

**WILLIAM NODDIN,**

knowing he was subject to a court order issued on October 7, 2022, by the Lewiston District Court in Lewiston, Maine, Docket No. LEWDC-PA-2022-00514, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess a firearm or firearms, namely,

- a Glock 380 caliber pistol, model 42, bearing serial number AHYZ135; and
- a Taurus pistol, model The Judge, bearing serial number KZ366708;

said firearms having been shipped and transported in interstate commerce.

Thus, the defendant violated Title 18, United States Code, Section 922(g)(8) and 924(a)(8).

## FORFEITURE NOTICE

Upon conviction of any offense set forth in Counts One and Two of this Indictment, the defendant,

**WILLIAM NODDIN**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, any firearms and ammunition

2

involved in or used in the knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a.    Glock 380 caliber pistol, model 42, bearing serial number AHYZ135; and

    b.    Taurus pistol, model The Judge, bearing serial number KZ366708.

If any of the property described above as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL.

Signature Redacted – Original on file with the Clerk's Office

_[signature]_
Assistant United States Attorney

Date: JULY 10, 2024

3